# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148027

RANDALL ANTHONY SCOTTI,
      Plaintiff-Appellant,

v

OAKLAND COUNTY SHERIFF and
STATE OF MICHIGAN,
      Defendants-Appellees.

SC:  148027
COA:  316700
Oakland CC:  2013-244387-FH

_____/

      On order of the Court, the application for leave to appeal the October 25, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

s0519